William Smith, ISB #6134
Jennifer L. Shrum, ISB #8892
SMITH HORRAS, P.A.
5561 N. Glenwood St.
P.O. Box 140857
Boise, ID 83714

Telephone: (208) 697-5555
Facsimile: (800) 881-6219
Email: Bill@smithhorras.com

Attorneys for Plaintiff, Alyson N. Gerany

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALYSON N. GERANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.1:13-cv-00508-BLW<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Alyson N. Gerany by and through her attorney of record Jennifer L. Shrum of Smith Horras, PA, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) and pursuant to a settlement agreement with Defendant Portfolio Recovery Associates, LLC hereby Dismisses this Action with Prejudice.

**NOTICE OF DISMISSAL - PAGE 1**

RESPECTFULLY SUBMITTED this 6 day of February, 2014.

          **SMITH HORRAS, P.A.**

          By _/s/ Jennifer L. Shrum_
          Jennifer L. Shrum
          Attorneys for Plaintiff Alyson N. Gerany

**NOTICE OF DISMISSAL - PAGE 2**